UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

*Electronically Filed*

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE LLC<br><br>PLAINTIFF,<br><br>v.<br><br>CALTEX ENERGY INTERNATIONAL, LLC<br><br>and<br><br>OFFHAND ENERGY LLC,<br><br>DEFENDANTS. | Case No. _____ |

## **COMPLAINT**

Plaintiff American Commercial Barge Line LLC ("ACBL"), by and through its undersigned counsel, for its Complaint against Defendants Caltex Energy International, LLC ("Caltex") and Offhand Energy LLC ("Offhand"), hereby alleges and states as follows:

### **PARTIES**

1. ACBL is a Delaware limited liability company with its principal place of business in Jeffersonville, Indiana.

2. The sole member of ACBL is Commercial Barge Line Holdings LLC, a Delaware limited liability company with its principal place of business in Jeffersonville, Indiana.

3. Caltex is a Texas limited liability company with its principal place of business in San Antonio, Texas.

4. Caltex is comprised of two individual members, Clay Hensley and Aaron Kendle, both of whom are citizens of Texas.

1

5. Offhand is a Texas limited liability company with its principal place of business in San Antonio, Texas.

6. Offhand is comprised of a single member, Aaron Kendle, who is a citizen of Texas.

## JURISDICTION AND VENUE

7. This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. This Court has personal jurisdiction over Caltex and Offhand and venue is proper in this Court pursuant to the forum selection clause set forth in the contract described herein.

## FACTUAL BACKGROUND

9. ACBL restates and realleges the allegations set forth in Paragraphs 1–8 of its Complaint as if fully set forth herein.

10. ACBL is one of the largest and most diversified marine transportation companies in the United States of America.

11. Caltex is a wholesale supplier of petroleum products that sources, stores, and delivers physical commodities.

12. Offhand is a guarantor of Caltex's debts and obligations to ACBL.

13. On June 4, 2024, ACBL and Caltex entered into the Liquid Cargo Contract (the "Contract") pursuant to which Caltex engaged ACBL to transport naphtha (a petroleum product) cargo from on or about July 1, 2024 through on or about June 30, 2025, utilizing barges and other equipment owned and/or operated by ACBL.

14. Pursuant to the Contract, Caltex was to pay ACBL a base rate of $9,200 per day, demurrage at a set rate per barge per day, and other expenses required for the movement of cargo,

including, but not limited to, fleeting, dockage, wharfage, equipment cleaning, and towing costs.

15. In accordance with the Contract, ACBL provided barge(s) to Caltex for transporting the designated cargo, and thereafter transited said cargo from Corpus Cristi, Texas to Brownsville, Texas.

16. Despite repeated demands by ACBL, Caltex has failed to satisfy its obligations under the Contract by tendering payment for the charges it was contractually obligated to pay.

## COUNT I: BREACH OF CONTRACT

17. ACBL restates and realleges the allegations set forth in Paragraphs 1–16 of its Complaint as if fully set forth herein.

18. The Contract obligated Caltex to pay certain amounts with respect to the barge transportation services rendered by ACBL.

19. ACBL has issued invoices to Caltex for freight charges, demurrage, cleaning costs, and other amounts that are due and owing under the Contract.

20. Pursuant to the Contract, ACBL's invoices were payable within 30 days of the date of the invoice.

21. Despite due demand, Caltex has not paid the outstanding invoices under the Contract.

22. Caltex's nonpayment for the services rendered by ACBL under the Contract constitutes material breach of the terms by which ACBL furnished the above-described barge transportation services to Caltex.

23. All conditions precedent required of ACBL under the Contract have been performed.

24. As a result of Caltex's breach of its obligations to ACBL, ACBL has and continues to suffer damages in the principal amount of $999,925.00, as of April 28, 2025, inclusive of freight charges, demurrage, equipment cleaning costs, and other amounts owed under the Contract.

25. Pursuant to the terms of the Contract, Caltex is also liable to ACBL for pre-judgment and post-judgment interest at the agreed rate of 1.5% per month from the date each invoice came due, and all costs incurred in connection with ACBL's collection efforts, including court costs and reasonable attorney's fees.

26. Offhand, as the guarantor of Caltex's debts and obligations to ACBL, is jointly and severally responsible for the aforesaid damages arising from Caltex's breach of the Contract.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff American Commercial Barge Line LLC prays for judgment as follows:

A. Judgment against Caltex and Offhand in the amount of the aforesaid $999,925.00, together with interest thereon at the contractually agreed upon rate of 1.5% per month until paid;

B. Its cost of collection, including reasonable attorney's fees and court costs;

C. Any other and further amount that later calculation may demonstrate as appropriate; and

D. All other relief to which it may be entitled.

Respectfully submitted,

<u>/s/ Donald J. Kelly</u>
Donald J. Kelly
Brandon A. Girdley
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
502-589-5235
502-589-0309 fax
dkelly@wyattfirm.com
bgirdley@wyattfirm.com

*Counsel for Plaintiff*

101954932.1